**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| IN THE MATTER OF: CONDEMNATION OF RIGHTS OF WAY AND EASEMENTS SITUATE IN THE TOWNSHIP OF HEMPFIELD, COUNTY OF WESTMORELAND, COMMONWEALTH OF PENNSYLVANIA, BY THE MUNICIPAL AUTHORITY OF WESTMORELAND COUNTY FOR SANITARY SEWER PURPOSES PROPERTY OF: GEORGE HAPCHUK AND ELLEN I. HAPCHUK TAX MAP NO. 50-27-00-0-188 | : : : : : : : : : : : : : : : : | No. 181 WAL 2023<br><br>Petition for Allowance of Appeal from the Order of the Commonwealth Court |
| PETITION OF: GEORGE HAPCHUK AND ELLEN I. HAPCHUK | : : | |
| IN THE MATTER OF: CONDEMNATION OF RIGHTS OF WAY AND EASEMENTS SITUATE IN THE TOWNSHIP OF HEMPFIELD, COUNTY OF WESTMORELAND, COMMONWEALTH OF PENNSYLVANIA, BY THE MUNICIPAL AUTHORITY OF WESTMORELAND COUNTY FOR SANITARY SEWER PURPOSES PROPERTY OF: GEORGE HAPCHUK AND ELLEN I. HAPCHUK TAX MAP NO. 50-27-00-0-208 | : : : : : : : : : : : : : : : : | No. 182 WAL 2023<br><br>Petition for Allowance of Appeal from the Order of the Commonwealth Court |
| PETITION OF: GEORGE HAPCHUK AND ELLEN I. HAPCHUK | : : | |
| IN THE MATTER OF: CONDEMNATION OF RIGHTS OF WAY AND EASEMENTS SITUATE IN THE TOWNSHIP OF HEMPFIELD, COUNTY OF WESTMORELAND, COMMONWEALTH OF PENNSYLVANIA, BY THE MUNICIPAL AUTHORITY OF WESTMORELAND COUNTY FOR SANITARY SEWER PURPOSES PROPERTY OF: GEORGE | : : : : : : : : : : : : | No. 183 WAL 2023<br><br>Petition for Allowance of Appeal from the Order of the Commonwealth Court |

HAPCHUK AND ELLEN I. HAPCHUK TAX    :
MAP NO. 50-27-00-0-280    :
    :
    :
PETITION OF: GEORGE HAPCHUK AND    :
ELLEN I.  HAPCHUK

## **ORDER**

**PER CURIAM**

    **AND NOW**, this 3rd day of January, 2024, the Petition for Allowance of Appeal is

**DENIED**.


    Justice McCaffery did not participate in the consideration or decision of this matter.